IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-409 |
| ERIC CLARK, | ) |
| | )  Judge: Mehta |
| | ) |
| Defendant. | ) Trial  Date: January 8, 2024 |

## MOTION TO MODIFY RELEASE CONDITIONS

COMES NOW Eric Clark, and, with assistance from standby counsel, requests modification of release conditions.  As reasons therefor, defendant states as follows:

1. This matter is currently scheduled for trial on January 8, 2024. Mr. Clark is representing himself, with attorney John L. Machado acting as standby counsel.

2. On May 10, 2021, this Honorable Court allowed Mr. Clark to be released on personal recognizance with conditions. These conditions included a requirement that he stay away from the District of Columbia except for court, PSA business, and to meet with counsel. (Dkt. 8)

3. Defendant is in the process of reviewing discovery and preparing for trial.

4. In an effort to obtain and review additional discovery related to his case, Mr. Clark has received permission from the Committee on House Administration of

1

the House of Representatives (hereinafter "CHAREP"), to review additional video evidence of the events of January 6, 2021. Upon information and belief, this video evidence includes a considerable amount of video footage from cameras at the U.S. Capitol either not provided or provided only in limited time portions by the government through discovery. A copy of an email indicating such is attached hereto as Exhibit A.

5. In addition, as Mr. Clark will be proceeding *pro se* (with standby counsel), Mr. Clark would also like to travel to the District of Columbia for the opportunity to observe court proceedings, including but not limited to individuals representing themselves *pro se* in the United States District Court, to allow him to better prepare for his own trial in January.

6. Accordingly, Mr. Clark would respectfully request that his release conditions be amended to allow himself to come to Washington, DC area from September 21, 2023, to October 13, 2023, for two purposes: 1) to attend court proceeding in the U.S. District Court of the District of Columbia; and 2) to go to the O'Neill House Office Building on the U.S. Capitol grounds, with permission of Committee on House Administration of the House of Representatives (CHAREP), to review further discovery related to his trial case. Mr. Clark is amenable to any adjustment to the release conditions that would make the court comfortable with

these modifications to his release conditions while still allowing him to accomplish both these desired goals.

7.      Mr. Clark has communicated with the government through standby counsel has been in contact with AUSA John Boylan, and the government has indicated: "Based on the House committee's invitation to allow Mr. Clark to watch CCTV footage for three half-days during the week of September 25th, will not oppose a motion to change his release conditions to permit [Erik Clark] to travel to D.C. for that time and purpose. Absent a more articulated basis for further travel, [the government] would oppose any other modification" of Erik Clark's conditions. The government has indicated that, as to Mr. Clark's request to watch trials, the government opposes this request absent further specificity.

WHEREFORE, Mr. Clark requests modifications of his release conditions as described above.

                              Respectfully submitted,

                              ERIC CLARK
                              By Standby Counsel

                              /s/ John L. Machado
                              John L. Machado, Esq.
                              Bar. No. 449961
                              Standby Counsel for Erik Clark
                              503 D Street, N.W., Suite 310
                              Washington, DC 20001
                              Phone: (703) 989-0840

E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 12th day of September, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Stand By Counsel for Eric Clark
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com