John Machado <johnlmachado@gmail.com>

---

## Fw: Re: J6 defendant footage access request

**CHAREP.OversightRequests** <CHAREP.OversightRequests@mail.house.gov>   Tue, Sep 12, 2023 at 11:50 AM
To: guy-faux17 <guy-faux17@protonmail.com>
Cc: "Boylan, Eric (USADC)" <Eric.Boylan@usdoj.gov>, John Machado <johnlmachado@gmail.com>, Lisa Ream <lisa.ream@reamlit.com>

To whom it may concern--the Committee on House Administration has issued a media policy that allows individuals charged with crimes related to January 6th to come into our office and review USCP CCTV footage. If you have any questions you may contact me separately. The policy is attached and we have offered to schedule time for Mr. Clark to review footage at our office however we asked that he notify and receive the appropriate approval from the court to ensure there are not issues with his pretrial release.

https://cha.house.gov/press-releases?ID=C6238E9C-836A-43E6-9DD1-8BA810E40471

[Quoted text hidden]