# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 22-cr-409-APM |
| v. : | |
| : | |
| **ERIC DOUGLAS CLARK,** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Adam M. Dreher is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

/s/
ADAM M. DREHER
Mich Bar No. P79246
Assistant United States Attorney
601 D. St. NW
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov