# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-409 |
| ERIC CLARK, | ) |
| | )  Judge: Mehta |
| | ) |
| Defendant. | ) Trial Date: January 8, 2024 |

## DEFENDANT DENNIS CLARK'S REPLY TO MINUTE ORDER OF SEPTEMBER 18, 2023

COMES NOW Eric Clark, and, with assistance from standby counsel, and provides the following response to the court's minute order of September 18, 2023, which is provided in the form of an email from Mr. Clark, attached hereto as Exhibit A.

                                                Respectfully submitted,

                                                ERIC CLARK
                                                By Standby Counsel

                                               /s/ John L. Machado
                                               John L. Machado, Esq.
                                               Bar. No. 449961
                                               Standby Counsel for Erik Clark
                                               503 D Street, N.W., Suite 310
                                               Washington, DC 20001
                                               Phone: (703) 989-0840

E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 20th day of September, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Stand By Counsel for Eric Clark
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com