Gmail                                                                                                       John Machado <johnlmachado@gmail.com>

## Please call me today

guy-faux17                                                                                                                              Wed, Sep 20, 2023 at 4:57 PM
To: John Machado <johnlmachado@gmail.com>

Mr. Machado, This is Eric Clark

I am requesting permission to view the following court cases in Washington D.C. Oct. 1-5 2023 and Oct. 8-12 2023 as has been granted to prior defendants charged in relation to the events of January 6th 2021 to include persons charged with serious felonies one example being USA v. Garcia as well as Sept 25-29 by invitation of the House Oversight Committee for the viewing of Capitol CCTV footage. I am already scheduled for Sept. 25-27 and have been advised if more time is needed it would be granted by the House Oversight Committee and I foresee the need far exceeding even these dates as the volume of footage needing to be reviewed is very large.

19-cr-0166:  USA v. LEWIS
19-cr-0166:  USA v. BRISCOE
23-cr-0136:  USA v. WILCOX
21-cr-0053:  USA v. LANG
22-cr-0320:  USA v. LAMOTTA
21-cr-0552:  USA v. THOMAS
23-cr-0210:  USA v. SCHECHTER
21-cr-0575:  USA v. CUSICK
21-cr-0392:  USA v. WARNER
21-cr-0392:  USA v. MARTINEZ
21-cr-0392:  USA v. KINNISON
21-cr-0392:  USA v. MELE
22-cr-0027:  USA v. TEW

I am further requesting an order be enrtering regarding my motion to be released from all conditions of release heard in January 2023 as for the past 2 1/2 years I have violated no conditions of release, have no criminal history for more than 5 years and the time for which I have been held on such conditions has far exceeded it's typical use and is in violation of the Speedy Trial requirements in the US Constitution.

Thank you for your consideration,
Eric Douglas Clark
A Living Free Man

Sent with Proton Mail secure email.

------- Original Message -------
[Quoted text hidden]