### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) CRIM NO. 22-CR-409 | |
| ERIC CLARK, ) | |
| ) Judge: Mehta | |
| ) | |
| Defendant. ) Trial Date: January 8, 2024 | |

### ORDER

UPON CONSIDERATION of Defendant Eric Clark's Motion to Modify Release Conditions, Continue Status Hearing, the arguments therein, and good cause having been shown, it is hereby

**ORDERED** that Erik Clark's release conditions are modified to permit him to be in the District of Columbia from September 25, 2023, to September 29, 2023. It is also further ORDERED that Erik Clark will be permitted to enter the United States Capitol grounds to proceed to, leave from, and enter the O'Neill House Office Building, on dates approved by the Committee on House Administration of the House of Representatives (CHAREP). Defendant has not shown good cause to be present in the District of Columbia for more than the time period the court has permitted.

**SO ORDERED.**