IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-409 |
| ERIC CLARK, | ) |
| | )  Judge: Mehta |
| | ) |
| Defendant. | ) Trial  Date: January 8, 2024 |

## MOTION TO MODIFY RELEASE CONDITIONS

COMES NOW Eric Clark, and, with assistance from standby counsel, requests modification of release conditions.  As reasons therefor, defendant states as follows:

1. This matter is currently scheduled for trial on January 8, 2024. Mr. Clark is representing himself, with attorney John L. Machado acting as standby counsel.

2. On May 10, 2021, this Honorable Court allowed Mr. Clark to be released on personal recognizance with conditions. These conditions included a requirement that he stay away from the District of Columbia except for court, PSA business, and to meet with counsel. (Dkt. 8)

3. Defendant is in the process of reviewing discovery and preparing for trial.

4. In an effort to obtain and review additional discovery related to his case, Mr. Clark received permission from the Committee on House Administration of the

1

House of Representatives (hereinafter "CHAREP"), to review additional video evidence of the events of January 6, 2021. On September 22, 2023, the court granted a motion granting the modification of release conditions, indicating, "Erik Clark's release conditions are modified to permit him to be in the District of Columbia from September 25, 2023, to September 29, 2023. It is also further ORDERED that Erik Clark will be permitted to enter the United States Capitol grounds to proceed to, leave from, and enter the O'Neill House Office Building, on dates approved by the Committee on House Administration of the House of Representatives (CHAREP)." (Dkt. 72)

    5. As there is a considerable number of videos to be reviewed, Mr. Clark has requested, and has been granted, additional days to review videos by CHAREP for this Tuesday, October 3, 2023, and Wednesday October 4, 2023. An email indicating the same dated October 2, 2023, has been attached hereto and incorporated herein as Exhibit A.

    6. In addition, Mr. Clark would be permitted to examine the alleged crime scene while accompanied by standby counsel. Accordingly, Mr. Clark would ask for an order for him to be on other parts of the U.S. Capitol while accompanied by undersigned standby counsel. This would be for the purpose of viewing where the events occurred, so as to see, *inter alia*, where surveillance cameras are located to

assist in Mr. Clark's review of materials from CHAREP.

7. Accordingly, Mr. Clark would respectfully request a further order from this court allowing him to be in the District of Columbia from October 3, 2023, to October 5, 2023, and to be allowed to be on the U.S. Capitol grounds to proceed to, leave from, and enter the O'Neill House Office Building or other parts of the U.S. Capitol accompanied by standby counsel.[1]

8. Mr. Clark has communicated with the government through standby counsel who has been in contact with AUSA John Boylan. The government has not taken a position on this motion, though they opposed part and consented to part of the similar motion previously.

WHEREFORE, Mr. Clark requests modifications of his release conditions as described above.

---

[1] Undersigned standby counsel is requesting for the additional date of October 5, 2023, to allow for standby counsel to accompany Mr. Clark on U.S. Capitol grounds on that date. Undersigned counsel is unavailable during office hours on October 3 and October 4, 2023, due to prior commitments, and therefore is not available until October 5, 2023.

Respectfully submitted,

ERIC CLARK
By Standby Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Standby Counsel for Erik Clark
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 2nd day of October, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Stand By Counsel for Eric Clark
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com

4