# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIM NO. 22-CR-409 |
| ERIC CLARK, ) | |
| ) | Judge: Mehta |
| ) | |
| Defendant. ) | Trial Date: January 8, 2024 |

## SUPPLEMENT TO MOTION TO MODIFY RELEASE CONDITIONS

COMES NOW Eric Clark, and, with assistance from standby counsel and submits the following supplement to its Motion to Modify Release Conditions (Dkt. 74), stating as follows:

1. Minutes after the filing of the motion, standby counsel reviewed an email from AUSA Eric Boylan, which states in relevant part as follows, on behalf of the government:

> We do not oppose a motion for Mr. Clark to observe the video terminals on Tuesday or Wednesday.
>
> We do oppose a motion to allow him to view the location of the cameras at the Capitol. As you can imagine, the location of the cameras relate directly to the Capitol Police's role in protecting the Capitol, and allowing such action would go directly to the national security interests in keeping Congress safe. It's my understanding that Mr. Clark has not agreed to the protective order. There would be no assurances that information would be kept out of the public realm.

1

Respectfully submitted,

ERIC CLARK
By Standby Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Standby Counsel for Erik Clark
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 2nd day of October, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Stand By Counsel for Eric Clark
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com