UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 22-cr-409 (APM) |
| | ) |
| ERIC DOUGLAS CLARK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

UPON CONSIDERATION of Defendant Eric Clark's Motion to Modify Release Conditions, the arguments therein, and good cause having been shown, it is hereby **GRANTED**.

**ORDERED** that Eric Clark's release conditions are modified to permit him to be in the District of Columbia from October 3, 2023, through October 5, 2023. It is also further

**ORDERED** that Eric Clark will be permitted to enter the United States Capitol grounds to procced to, leave from, and enter the O'Neill House Office Building, on October 3, 2023 and October 4, 2023.

It is further ORDERED that Eric Clark will be permitted to be on U.S. Capitol grounds only while accompanied by standby counsel John L. Machado. **Defendant may view the location of surveillance cameras to the extent they are publicly visible only.**

Amit P. Mehta
United States District Court Judge

Date:  **October 3, 2023**