IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-409-APM |
| ERIC CLARK, | ) |
| | )  Judge: Mehta |
| | ) |
| Defendant. | ) Next Court date: 12/19/23 |

## UNOPPOSED MOTION TO
## MODIFY RELEASE CONDITIONS

COMES NOW Eric Clark, with the assistance of standby counsel,[1] and requests for his release conditions to be amended to allow him to reside in Pensacola, Florida, within the Northern District of Florida. As reasons therefor, defendant states as follows:

1. Mr. Clark is on personal recognizance in this matter with pretrial release conditions. Part of his current release conditions require him to submit and report for supervision, via courtesy supervision, with the Western District of Kentucky. (Dkt. 9)

2. Mr. Clark is seeking to move to Pensacola, Florida, and reside there while this case is pending.

3. As his release conditions require him to be supervised by the district in

---

[1] As this involves release conditions, undersigned standby counsel has offered to prepare this motion on his behalf.

1

which he resides, which is currently the Western District of Kentucky, he is seeking to have his conditions modified to allow residence in Pensacola, Florida. He also is therefore seeking to be (courtesy) supervised by the Northern District of Florida, which is the federal district that includes Pensacola, Florida. He will also agree to verify his new address.

4. Undersigned standby counsel has been in communication with AUSA Eric Boylan, who indicates that the government has no objection to this motion.

WHEREFORE, the defendant requests for his release conditions to be modified as requested above.

Respectfully submitted,

ERIC CLARK
By Standby Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Standby Counsel/Eric Clark
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 18th day of December, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Standby Counsel/Eric Clark
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com