# ORDER

**A 6 month continuance and re-opening of all filing deadlines in my case be given forthwith allowing time for a legal team to review and prepare and to properly organize attachment 3 case exhibits.**

_____

United States District Court Judge

8