# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-409 |
| ERIC CLARK, | ) |
| | ) Judge: Mehta |
| | ) |
| Defendant. | ) Trial Date: January 29, 2024 |

## MOTION TO MODIFY RELEASE CONDITIONS

COMES NOW Eric Clark, and, with assistance from standby counsel, requests modification of release conditions. As reasons therefor, defendant states as follows:

1. This matter is currently scheduled for trial on January 29, 2024. Mr. Clark is representing himself, with attorney John L. Machado acting as standby counsel.

2. On May 10, 2021, this Honorable Court allowed Mr. Clark to be released on personal recognizance with conditions. These conditions included a requirement that he stay away from the District of Columbia except for court, PSA business, and to meet with counsel. (Dkt. 8)

3. Mr. Clark is in the process of reviewing evidence and preparing for trial. Mr. Clark seeks to be permitted to reside in Washington, DC, as soon as possible in order to continue to prepare for trial. He also seeks to remain in Washington, DC,

1

during the pendency of the trial beginning on January 29, 2024.

4. Furthermore, while in the District of Columbia during this time, Mr. Clark is also seeking permission to be able to travel to the House Oversight Committee to obtain and review additional videos in the U.S. Congress as well as to speak to witnesses and obtain further evidence.

5. Undersigned standby counsel has spoken to Mr. Clark's Pretrial Services Officer in Florida, Rebecca Lee, who has recently taken over supervision of Mr. Clark from the Pretrial Services Officer in Kentucky, and she indicates that Mr. Clark has no violations and has no objections to this request.

WHEREFORE, Mr. Clark requests modifications of his release conditions as described above.

Respectfully submitted,

ERIC CLARK
By Standby Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Standby Counsel for Erik Clark
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 18th day of January, 2024, which will send a notification of such filing (NEF) to the following to all counsel of record.

    /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Stand By Counsel for Eric Clark
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com