IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) CRIM NO. 22-CR-409 | |
| ERIC CLARK, ) | |
| ) Judge: Mehta | |
| ) | |
| Defendant. ) Trial Date: January 29, 2024 | |

## ORDER

UPON CONSIDERATION of Defendant Eric Clark's Motion to Modify Release Conditions, the arguments therein, and good cause having been shown, it is hereby

**ORDERED** that the Motion to Continue Status Hearing is hereby **GRANTED;** it is also hereby

**ORDERED** that Erik Clark's release conditions are modified to permit him to reside in the District of Columbia from January 19, 2024, until the conclusion of the trial scheduled to begin on January 29,2024.

**Defendant must seek leave of court before going to the U.S. Capitol.**

_____
The Honorable Amit P. Mehta
U.S. District Court Judge