UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 22-cr-409-APM |
| v. | : | |
| | : | |
| ERIC DOUGLAS CLARK, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S SUPPLEMENTAL MEMORANDUM REGARDING SUPPLEMENT AUTHORITY *UNITED STATES v. PETTIFORD*

The United States of America submits its supplemental memorandum addressing the government's position of the relevant period associated with Fed. R. Evid. 609(b). In *United States v Pettiford*, 238 F.R.D. 33 (D.D.C. 2006), Judge Kollar-Kotelly inquired: "the question is whether ten years has expired at the time the witness testifies at trial . . .." *Pettiford*, 238 F.R.D. at 37. In answering the question that the ten-year rule applies between the time of the conviction and the start of trial, Judge Kollar-Kotelly cited to *Trindle v. Sonat Marine Inc.*, 697 F. Supp. 879 (E.D. Pa. 1988), where the court compiled cases from the Seventh Circuit, Third Circuit, Fifth Circuit, Ninth Circuit, and the Eighth Circuit. As noted in *Trindle*, "The plain language of Rule 609, the case law, and the legislative history all lend support for the adoption of a time period measured up to the date a witness testifies at trial or the date when a public record of that conviction is offered into evidence." *Trindle*, 697 F. Supp. at 883.

Relying in part on *Pettiford*, Judge Howell has also identified the 'end date' as the beginning of trial. In *United States v. Thorne*, 2020 WL 122985 (D.D.C. 2020), Judge Howell notes, "Although the D.C. Circuit has not explicitly identified Rule 609(b)'s start and end dates, the majority rule identifies the end date as, at least, the start of the trial." *Thorne*, 2020 WL 122985, at *24 n.26 (referencing the 3d and 7th Circuits)

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:   /s/ *Adam M. Dreher*
      ADAM M. DREHER
      Assistant United States Attorney
      Michigan Bar No. P79246
      601 D. St. N.W.
      Washington, D.C. 20530
      (202) 252-1706
      adam.dreher@usdoj.gov

      ERIC W. BOYLAN
      Assistant United States Attorney
      Texas Bar No. 24105519
      601 D. St. N.W.
      Washington D.C. 20530
      (202) 815-8608
      eric.boylan@usdoj.gov