CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs. )
)
ERIC DOUGLAS CLARK )
)

Civil/Criminal No.: 22-CR-409 (APM)

## NOTE FROM JURY

Can we define "government business" and "official functions" as mentioned in count 2?

Date: 1/31/24

Time: 15:08

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ERIC DOUGLAS CLARK

Civil/Criminal No.: 22-CR-409 (APM)

### NOTE FROM JURY

We have reached a verdict

Date: 1/31/24

Time: 10:45