UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
v.                               :   CASE NO. 22-CR-409 (APM)
                                 :
ERIC CLARK,                      :
                                 :
        *Defendant.*             :

## VERDICT FORM

### Count One

1. How do you find Defendant Eric Clark on the charge of Entering or Remaining in a Restricted Building or Grounds?

   _____ Not Guilty          \_\_\_✓_____ Guilty

### Count Two

2. How do you find Defendant Eric Clark on the charge of disorderly or disruptive conduct in a restricted building or grounds?

   _____ Not Guilty          \_\_\_✓_____ Guilty

### Count Three

3. How do you find Defendant Eric Clark on the charge of violent entry or disorderly conduct in a Capitol building or grounds?

   _____ Not Guilty          \_\_\_✓_____ Guilty

### Count Four

4. How do you find Defendant Eric Clark on the charge of Parading, Demonstrating, or Picketing in a Capitol Building?

   _____ Not Guilty          \_\_\_✓_____ Guilty

Dated: 1/31/24