IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| V ) | CRIM NO.  22-CR-409-APM |
| **Eric Douglas Clark** ) | |
| **Defndant** ) | |

## MOTION FOR A NEW TRIAL

Here comes defendant Eric Douglas Clark petitioing the court for a new trial on the grounds of:

1.) Defendant was denied his God given Constitutionally protected right to discovery to include exculatory evidence which is still being added to relativity.com and evidence.com by the court.

2.) Defendant was explicitly denied his God given Constitutionally protected right to chose his own defense by Judge Mehta whom directly told him he could not present an entrapment, estoppel or first amendment protected right to free speech, his right to assemble, his right to petition the government for a redress of greivances and his right to freedom of religion.

    a.) Defenadnt and pro se litigant was explicitly denied reading of DC law regarding dispersal orders to the FBI SA in cross.

    b.) Defendant and pro se litigant was explicitly denied the ability to ask the FBI SA if multiple individuals defendant had direct contact and communications with on January 6th of 2021 if those individuals were working in coordination with the FBI or other federal or local law enforcement agencies.

 c.) Defeendant and pro se litigant was explicitly denied to include DC law code 5-331.07 in his defense theory for the jury deliberation instructions or to even read it to the jury in closing arguements.

 d.) Defendant and pro se litigant was explicitly denied the right to subpoena individuals such as Ray Epps and former USCP Lt. Tarik Johnson whom were eye witnesses of the defendant during the alleged crimes.

 e.) Defendant was denied the right to subpoena a witness from Congress that has made many public statements asserting he has irrefutable evidence that the events that transpired on January 6th 2021 were staged by more than 200 members of and confidential human sources of the FBI.

 f.) Defendant and pro se litigant was not allowed to present evidence of the events of January 6th 2021 from the entire perimeter and interior of the Capitol building unless it corressponded with location and time of defendants actions while prosecution was allowed to present many times and locations defendant was not and to give a broad view of the days events.

3.) Defendant and pro se litigant was forced to take as stand by council a public defendant he had just fired and while defendant was assured stand by council would only be there to advise and have no supervisory role in defendant and pro se litigants case said stand by was explicitly given in judge Mehta's own words a "supervisory" role in chosing defendant and pro se litigants legal team such as investigator's and paralegals. (See case transcripts for status hearings held on February 7, 2021 and April 7, 2021)

4.) Defendant and pro se litigant was denied a right to a speedy trial from the onset of the charges being brought against him.

5.) Defendant and pro se litigant was denied his right to enter a single one of his voir dire questions and judge Mehta made arguements against a particuler question that correctly inferred the 7 months prior to January 6th 2021 resulted in a militarized lockdown of Washington D.C. for the prosecution.

6.) Defendant and pro se litigant was brought before the court in an emergency hearing regarding CCTV and Body Worn Camera footage that he posted to X.com and to Rumble.com on the grounds that the footage was classified due to national security and when the defendant made the court aware of the true source of the footage being from a group of individuals that are known for working in

conjuction with the courts in writing sentencing requests and with the FBI in finding individuals on their January 6th 2021 wanted list known as the "Sedition Hunters" and that the footage was first made public by this group of individuals in particular one X.com user @OSINTyeti judge Mehta while ending the hearing without admonishing defendant and pro se litigant no attempt was made to bring these individuals before the court for leaking informations that the prosecution considered classified matters of national security showing a complicit nature between the judge and the prosecution.

## ORDER

It is hereby ordered that a mistrial be declared or that a new trial be scheduled outside of the District of Columbia forthwith.

**Judge Amit P. Mehta**