**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIM NO. 22-CR-409-APM** |
| **ERIC CLARK,** | ) |
| | ) **Judge: Mehta** |
| | ) |
| **Defendant.** | ) **Sentencing Date June 7, 2024** |

**DEFENDANT'S MOTION TO PERMIT
SENTENCING BY VIDEO**

COMES NOW Eric Clark, and requests for his sentencing to occur via video. As reasons therefor, defendant states as follows:

1. On January 31, 2024, Eric Clark was found guilty after a jury trial of four (4) misdemeanor counts. The court ordered a Presentence Report Investigation and scheduled sentencing for June 7, 2024.

2. Mr. Clark is currently residing in  Pensacola, Florida, and travelling to Washington, DC, is a considerable expense to him.

3. Under Fed. R. Crim. Pro. 43(b), a defendant does not need to appear in person if "[t]he offense is punishable by fine or by imprisonment for not more than one year, or both, and with the defendant's written consent, the court permits arraignment, plea, trial, and sentencing to occur by video teleconferencing[.]

4. Mr. Clark consents to his sentencing occurring by video teleconferencing.

1

In addition, undersigned counsel has spoken to AUSA Eric Boylan who indicates that if the court sentences Mr. Clark to jail time, the government will not be opposing Mr. Clark being permitted to self-report.

5.   The government, through AUSA Eric Boylan, has also indicated that the government objects to this request.

WHEREFORE, for the reasons stated above, Mr. Clark requests that his sentencing on June 7, 2024, be permitted to occur via video.

Respectfully submitted,

ERIC CLARK
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Eric Clark
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

2

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 7th day of May, 2024, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Standby Counsel/Eric Clark
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com

3