### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                                                      ) | |
| v.                                                 ) | |
|                                                      ) | CRIM NO. 22-CR-409 |
| ERIC CLARK,                            ) | Judge: Mehta |
|                                                      ) | |
|         Defendant.                      ) | Sentencing Date 6/7/24 |

### DEFENDANT ERIC CLARK'S NOTICE OF FILING

COMES NOW Eric Clark, by and through counsel, and files its Waiver of Rights and Consent to Sentencing by Video or Telephone Conference.

        Respectfully submitted,

        ERIC CLARK
        By Counsel

          /s/ John L. Machado
        John L. Machado, Esq.
        Bar No. 449961
        Counsel for Eric Clark
        503 D Street, N.W., Suite 310
        Washington, DC 20001
        Telephone: (703) 989-0840
        E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 7th day of June, 2024, which will send a notification of such filing (NEF) to the following to all counsel of record.

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Eric Clark
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com