**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CRIM NO. 22-CR-409** |
| **ERIC CLARK,** | ) | **Judge: Mehta** |
| | ) | |
| **Defendant.** | ) | **Sentencing Date 6/7/24** |

**WAIVER OF RIGHTS AND CONSENT
TO SENTENCING BY VIDEO OR TELEPHONE CONFERENCE**

I, Eric Clark, acknowledge that I have a right to appear before a judge in person at my sentencing hearing. I further acknowledge that I may waive the right to be sentenced in person before the Judge, under Federal Rule of Criminal Procedure 43(c).

I currently live in the state of Florida and am currently not in violation of any bond conditions. Undersigned counsel has confirmed the Government is not moving for my detention after the sentencing. It would be a financial hardship for me to travel to be in person at my sentencing hearing.

I have discussed the implications of waiving these rights with my attorney, and I understand the consequences of such a waiver. I am choosing to waive my rights knowingly, intelligently, and voluntarily, to be sentenced in person. I consent to the Court sentencing me via video conferencing.

1

I am waiving my rights and consenting of my own free will and volition. Nobody, including my attorney, has insisted upon, coerced, or improperly influenced me in my decision to waive my rights and consent to a sentencing via video conferencing.

Executed this the 7th day of June, 2024.

/s/ Eric Douglas Clark
ERIC CLARK
Defendant


/s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Eric Clark
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

2

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 7th day of June, 2024, which will send a notification of such filing (NEF) to the following to all counsel of record.

　　/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Eric Clark
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com