IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMANDREA,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CRIM NO. 22-CR-409** |
| **ERIC CLARK,** | ) | Judge: Mehta |
| | ) | |
| Defendant. | ) | Closed Case |

**DEFENDANT ERIC CLARK'S
MOTION FOR EXTENSION OF TIME TO
SELF-REPORT**

COMES NOW Eric Clark, by and through counsel, and requests that the court extend his date to self-report to prison to August 15, 2024. As reasons therefor, defendant states as follows.

1. On January 31, 2024, Mr. Clark was convicted after his jury trial on four misdemeanor counts.

2. On June 7, 2024, the court sentenced Mr. Clark to five (5) months of incarceration. At the defense's request, the court allowed Mr. Clark to self-report at a later date. Accordingly, the court indicated on the Judgment that he "shall surrender for service at the institution designated by the Bureau of Prisons…as notified by the Probation or Pretrial Services Office after July 15, 2024."  (Dkt. 136 at 3).

1

3.      To date, Mr. Clark has not yet heard that he must report to a particular prison to begin serving his sentence.

4.      On Friday, July 12, 2024, undersigned counsel had his initial conversation with Mr. Clark's newly appointed appellate counsel, Kara Hartzler, of the Federal Public Defender's Office in San Diego, California.

5.      Attorney Hartzler wishes to have Mr. Clark available in the next few weeks to potentially prepare a motion to allow Mr. Clark to potentially allow Mr. Clark to remain out on bond until the resolution of the appeal.

6.      Accordingly, Mr. Clark asks that this court grant his motion for an extension of time in which to self-report. Specifically, Mr. Clark would ask for one month, or until August 15, 2024, in order to self-report.[1]

7.      Undersigned counsel has communicated with AUSA Eric Boylan in this matter earlier today and they have indicated their position yet, as they are awaiting a response from the probation officer. However, he indicated that the government "will likely oppose" this motion.

---

[1] In addition, undersigned counsel has had communications with other defense counsel of other defendants who have been convicted of crimes related to events of January 6th, and he has heard that on some occasions, the U.S. Marshals are not providing two weeks' notice and in fact, in one instance, told the defendant to report to prison on the next day. By moving the reporting date to August 15, 2024, would decrease the possibility of being ordered to serve the sentence with little notice.

WHEREFORE, for the reasons stated above, Defendant Eric Clark respectfully requests that his date to report for his sentence be extended to August 15, 2024.

>Respectfully submitted,
>
>ERIC CLARK
>By Counsel
>
>
>     /s/ John L. Machado
>John L. Machado, Esq.
>Bar No. 449961
>Counsel for Eric Clark
>503 D Street, N.W., Suite 310
>Washington, DC 20001
>Telephone: (703) 989-0840
>E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 16th day of July, 2024, which will send a notification of such filing (NEF) to the following to all counsel of record.

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Andre Edmond
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com