KARA HARTZLER
FEDERAL DEFENDERS OF SAN DIEGO
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
kara_hartzler@fd.org

**UNITED STATES DISTRICT COURT**
**DISTRIC OF COLUMBIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC DOUGLAS CLARK,

Defendant.

Case No. 22-cr-409-APM

**NOTICE OF REPORT DATE**

In a minute order dated August 6, 2024, this Court requested that the parties immediately notify the Court when Mr. Clark received a report date to serve his sentence for the convictions in this case. This date is relevant to Mr. Clark's motion for bond pending appeal, which is fully briefed and pending before this Court. *See* Dkt. 141, 142, 143, 144, 145.

This morning, Mr. Clark received notice that he should report to FCI Pollock in Louisiana on **October 3, 2024**. For the reasons in his motion and reply, Mr. Clark requests that the Court grant him bond pending appeal.

Respectfully submitted,

Dated: September 3, 2024

*/s/ Kara Hartzler*
KARA HARTZLER
Federal Defenders of San Diego, Inc.
Attorney for Eric Douglas Clark