Kara Hartzler
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
kara_hartzler@fd.org
Attorney for Eric Douglas Clark

Eric W. Boylan
Assistant United States Attorney
Texas Bar No. 24105519
Phone: 202-815-8608
Email: Eric.Boylan@usdoj.gov
601 D Street NW
Washington, D.C. 20001

Adam M. Dreher
Assistant United States Attorney
Mich. Bar No. P79246
Phone: 202-252-1706
Email: adam.dreher@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC DOUGLAS CLARK,<br><br>　　　　　　　Defendant. | Case No. 22-cr-409-APM<br><br>**JOINT STATUS REPORT ON** ***UNITED STATES v. GRIFFIN'S*** **AFFECT ON BOND PENDING APPEAL** |

　　　　In an Order dated October 1, 2024, this Court granted in part Mr. Clark's

Motion for Bail Pending Completion of Appellate Proceedings. *See* Dkt. 157. The

Court granted the motion "insofar as a ruling in [*United States v. Griffin*, No. 22-

3042] remains pending." *Id*. at 2. However, the Court ordered that "[w]ithin seven

days of *Griffin*'s issuance, the parties shall file a Joint Status Report that proposes

next steps in this matter." *Id*. at 3.

1

The parties hereby notify the Court that on October 22, 2024, the U.S. Court of Appeals for the D.C. Circuit issued a decision in *United States v. Griffin,* __ F.4th __, 2024 WL 4536993 (D.C. Cir. Oct. 22, 2024). In this decision, the D.C. Circuit held that 18 U.S.C. § 1752(a) does not require a person to know that a Secret Service protectee is present in a "restricted building or grounds." Judge Katsas dissented, contending that such knowledge is required. *See id.* at *20–29.

The parties agree that *Griffin* currently forecloses Mr. Clark's mens rea argument. But the parties disagree as to whether the Court should continue to stay Mr. Clark's reporting date pending the filing of any petition for rehearing or certiorari in *Griffin*. Given Judge Katsas' dissent, Mr. Clark requests that the Court stay his reporting date to await the resolution of any petitions for rehearing or certiorari. The government opposes this request on the basis that *Griffin* has now been decided.

However, at a minimum, Mr. Clark requests that this Court delay Mr. Clark's reporting date until after January 1, 2025, to allow Mr. Clark to spend the holidays with his family. The government does not oppose this request on the condition that the Probation Department prepare a report stating that Mr. Clark is in compliance with his conditions of release. Mr. Clark does not oppose the preparation of such a report.

Given the parties' agreement that Mr. Clark need not report before the holidays, Mr. Clark proposes that the Court defer its decision on Mr. Clark's ultimate reporting date for several months. The Court could then order the parties

to file a status report on any petitions in *Griffin* and consider this information in determining when to schedule Mr. Clark's final reporting date. However, the government requests the Court enter an order promptly as the United States Court of Appeals for the D.C. Circuit's decision in *Griffin* forecloses the need to delay any further.

Mr. Clark also notifies this Court that he intends to file his opening appellate brief with the D.C. Circuit on November 4, 2024, without seeking any extensions. Thus, he has demonstrated that his request is not done for purposes of any appellate delay.

For these reasons, the parties agree that:

1) the Court may order a Probation report on whether Mr. Clark is in compliance with his conditions of release;

2) if he is in compliance, the Court may delay Mr. Clark's reporting date until at least January 1, 2025;

3) the Court may order a further status report on any petitions filed in *Griffin* and consider this report in determining whether to further extend Mr. Clark's reporting date beyond January 1, 2025.

Respectfully submitted,

Dated:       October 25, 2024

*/s/ Kara Hartzler*
KARA HARTZLER
Federal Defenders of San Diego, Inc.

*/s/ Eric W. Boylan*
Eric W. Boylan
Assistant United States Attorney

*/s/ Adam M. Dreher*
Adam M. Dreher
Assistant United States Attorney